UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                      Plaintiff,

        -against-

ROCKET BALL, LTD.,

                      Defendant.

------------------------------------- x

ORDER

20 Civ. 7950 (GBD)

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

       All conferences previously scheduled are adjourned sine die.

Dated: December 10, 2020
       New York, New York

                                         SO ORDERED.

                                         *George B. Daniels*
                                         GEORGE B. DANIELS
                                         United States District Judge